SUSSER ET AL. *v*. CARVEL CORP. ET AL.

No. 355.   Argued April 29, 1965.—Decided May 3, 1965.

*Arnold Fleischmann* argued the cause for petitioners. With him on the briefs were *Sidney W. Rothstein* and *Robert G. Levy*.

*Herman L. Weisman* and *John A. Wilson* argued the cause for respondents.   With *Mr. Weisman* on the briefs for Carvel Corp. et al. were *Herbert F. Roth* and *Lester G. Renard*.   With *Mr. Wilson* on the brief for H. P. Hood & Sons, Inc., was *Willard M. L. Robinson*.   *Albert L. Wigor* filed a brief for Eagle Cone Corp.   *William G. Mulligan* and *Doris Carroll* filed a brief for Rakestraw's Dairy Products, Inc.

*Jerrold G. Van Cise* filed a brief for the International Franchise Association, Inc., as *amicus curiae*.

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

MR. JUSTICE GOLDBERG took no part in the decision of this case.